IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO ENTERPRISE SALES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 01-N-0068-S |
| TRUX & KARS, INC., DRIVER'S EDGE, JAY WATKINS, JERRY WATKINS, and MATT WATKINS, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On January 14, 2002, a magistrate judge of this court entered a report and recommendation (doc. 34) that the plaintiff's motion for summary judgment as to defendants Jerry Watkins, Matt Watkins, and Trux & Kars (doc. 33) be granted and the motion for a default judgment (doc. 32) be deemed moot. It was further recommended that the plaintiff be awarded (1) a monetary judgment against defendants Jerry Watkins, Matt Watkins, and Trux & Kars for damages in an amount of Thirty Thousand Six Hundred and 00/100 Dollars ($30,600.00) and (2) any other damages and attorney's fees the plaintiff shall demonstrate by affidavit or other evidence within the next eleven (11) days. He also recommended that the costs of these proceedings be taxed against defendants Jerry Watkins, Matt Watkins, and Trux & Kars. Finally, it was recommended that this matter be dismissed without prejudice as to defendants Jay Watkins and Driver's Edge. There were no objections to the report and recommendation.

On January 22, 2002, counsel for the plaintiff submitted an affidavit stating that the attorney's fees and expenses incurred in maintaining this action against the defendants include Seven Thousand Eight Hundred Fifty Seven and 00/100 dollars ($7,857.00) and that the expenses

total Eight Hundred Sixty Eight and 58/100 dollars ($868.58).

The court has considered the entire file in this action and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as enumerated above as the findings and conclusions of the court. Accordingly, the court finds that

1. Plaintiff Auto Enterprise Sales, Inc.'s motion for summary judgment is due to be granted against defendants Jerry Watkins, Matt Watkins, and Trux & Kars;

2. Plaintiff Auto Enterprise Sales, Inc., is due to be awarded a money judgment in the amount of $30,600.00 against defendants Jerry Watkins, Matt Watkins, and Trux & Kars;

3. Plaintiff Auto Enterprise Sales, Inc., is due to be awarded attorney's fees in the amount of $8,725.58 against defendants Jerry Watkins, Matt Watkins, and Trux & Kars;

4. Costs of this action is due to be taxed against defendants Jerry Watkins, Matt Watkins, and Trux & Kars;

5. This matter is due to be dismissed without prejudice as to defendants Jay Watkins and Driver's Edge; and,

6. The plaintiff's motion for default judgment is moot.

An appropriate order will be entered.

DONE, this 5th day of February, 2002.

EDWIN L. NELSON
United States District Judge